# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHARLES A. WINSTON,                                                                                           PLAINTIFF
ADC #84733

v.                                        NO. 2:12CV00148 JLH/BD

THESTER PETTY, et al.                                                                                       DEFENDANTS

## ORDER

The Court has reviewed Magistrate Judge Beth Deere's Partial Recommended Disposition ("Recommendation"). No objections to the Recommendation have been filed. The Court adopts the Recommendation in its entirety.

Winston's due process claim and his claim that defendants Harmon, Gibson, and Hobbs violated his constitutional rights by failing to follow ADC policy are DISMISSED, without prejudice.

IT IS SO ORDERED this 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE