# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHARLES A. WINSTON                                                                    PLAINTIFF
ADC #84733

v.                              NO. 2:12CV00148 JLH/BD

THEASTER PETTY, et al.                                                              DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment is GRANTED. Document #26. Winston's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 23rd day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE